AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### JUDGMENT IN A CIVIL CASE

William P. Jackson

Plaintiff

v.                                    CASE NUMBER: 1:CV-05-1680

C.O. Sipe and Sgt. Clark

Defendants

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that summary judgment be and is hereby entered in favor of Defendants, C.O. Sipe and Sgt. Clark and against Plaintiff, William P. Jackson.

**FILED**
HARRISBURG, PA

APR  9 2007

MARY E. D'ANDREA, CLERK
Per

Date: 4/9/07                          Mary E. D'Andrea, Clerk of Court

*Jill Cardile*

(By) Jill Cardile, Deputy Clerk